# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

United States of America
v.
Fernando Casales
*Defendant(s)*

Case No. 1:26MJ246

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 18, 2025 in the county of Cabarrus in the Middle District of North Carolina, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threats to Federal Official w/ Intent to Impede, Intimidate, or Interfere |
| 18 U.S.C. § 875(c) | Interstate Threats |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Bureau of Investigation Special Agent Theresa Wellens

☑ Continued on the attached sheet.

/s/ Theresa Wellens
*Complainant's signature*

Theresa Wellens, Special Agent FBI
*Printed name and title*

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 08/03/26

*Judge's signature*

City and state: Greensboro, North Carolina

L. Patrick Auld, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Theresa Wellens, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby state the following:

1. This affidavit is made in support of a criminal complaint against Fernando Casales (DOB: 04/30/1995) charging that on or about November 18, 2025, Casales made threats against Federal agents in violation of Title 18 U.S.C. § 115(a)(1)(B) and Title 18 U.S.C. § 875(c).

2. I am a Special Agent with the FBI and am authorized to conduct investigations into violations of Federal law and am currently assigned to the FBI Charlotte Division. I have been employed by the FBI since 2017. At the FBI Academy, I received training on investigative procedures and federal criminal statutes. I have experience investigating matters related to violent crime, criminal street gangs, international and domestic terrorism, drug trafficking, and firearms offenses.

3. This affidavit is based on my personal observations, training and experience, and information obtained from other law enforcement personnel, witnesses, and reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## The Offense Conduct

4. Beginning on or about November 15, 2025, the Department of Homeland Security (DHS) surged resources to the Charlotte, North Carolina metropolitan area for the purpose of an illegal immigration enforcement action known as Operation Charlotte's Web. DHS announced arrests and the operation was covered extensively by the media. As of November 19, 2025, a DHS press release stated that over 250 illegal aliens were arrested in the Charlotte area. United States Customs and Border Protection (CBP) and Immigration and Customs Enforcement (ICE) are agencies within DHS and were both involved in the Operation.

5. On November 18, 2025, Individual-1 was notified by a family member that Individual-1's sibling, Fernando Casales, made Facebook posts threatening law enforcement. The family member sent Individual-1 a screenshot of the posts which are depicted below. Individual-1 alerted law enforcement. Individual-1 learned from a family member that the posts were removed from Facebook on the evening of November 18, 2025:




6. A North Carolina Division of Motor Vehicles records check revealed that Fernando Casales was born on April 30, 1995, and that his registered address was on Mark Drive in Cabarrus County.

7. Meta records for the Facebook account that made the posts, Popolo Moreno Casales, revealed the account username to be fernando.casales.14. On November 19, 2025, FBI personnel reviewed the Popolo Moreno Casales

Facebook account online. It contained multiple pictures of an individual who appeared to be Casales and contained an image of an Atrium CMC Northeast student photo badge with the name Fernando Casales. The above threatening posts were not observed.

8. Casales's mother, Individual-2, is an illegal alien who resides in Cabarrus County with Casales. Individual-2 was alerted to Casale's posts by a friend but never saw the posts on Facebook. According to Individual-2, Casales was not home on November 18, 2025, and had been gone for a few days. When Casales arrived home on November 19, 2025, he admitted to Individual-2 that he put something very bad on his Facebook account because he did not want his mom to be taken away and deported to Mexico. According to Individual-2, Casales admitted that the post was silly and explained that he had already erased it.

9. On or about November 19, 2025, Casales was taken into custody for a mental health examination on a petition filed pursuant to N.C. Gen. Stat § 122C-261. He was released several days later.

10. In February 2026, FBI applied for and received a search warrant, 26mj45, for records associated with the Popolo Moreno Casales Facebook account, including posts from November 14, 2025 through November 21, 2025. The records produced by Facebook did not contain a copy of the above posts by the Popolo Moreno Casales Facebook account.

11. In March 2026, I interviewed Casales at his residence in Cabarrus County. Casales admitted to writing the above Facebook posts in November 2025 and posting them to his public wall. Following concerns expressed by family and friends, Casales took the posts down, i.e. deleted the posts. Casales stated that he knew it was wrong to post about killing Border Patrol agents and inciting others to kill agents and that is why he took the posts down. Casales said that he wrote the posts because he was angry and was off his antipsychotic medication. He explained that he was diagnosed with Bipolar II Disorder in 2017. Casales admitted that, especially when he is not taking his medication, he has ideologies related to killing others and self-harm. Casales denied owning or having access to a firearm.

12. I interviewed Individual-3 in March 2026. Individual-3 knows Casales. Individual-3 stated that she saw the above posts at approximately 5:10 pm on November 18, 2025 posted to the public wall of Casales's Facebook account, "Popolo Moreno Casales." Individual-3 shared the posts with her mother. When she looked at Casales's Facebook account at approximately 6:30 pm, the posts were no longer there. Individual-3 further advised that she observed Facebook Stories on Casales's Facebook account on November 18, 2025 that concerned her. One depicted Casales with a firearm and another concerned a vehicle with a government license plate.

## Conclusion

13. Based on the facts set forth above, I submit that there is probable cause to believe that Fernando Casales violated Title 18 U.S.C. § 115(a)(1)(B) and Title 18 U.S.C. § 875(c) and I request that a warrant be issued for his arrest.

Respectfully submitted,

/s/ Theresa Wellens
Theresa Wellens, Special Agent
Federal Bureau of Investigation
United States Department of Justice

Dated: August 3, 2026

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

L. Patrick Auld
United States Magistrate Judge
Middle District of North Carolina