IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR181-1 |
| | : | |
| FERNANDO CASALES,<br>Also known as "Popolo Moreno Casales" | :<br>: | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by Dan Bishop, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorney, and as a factual basis under Rule 11 of the Federal Rules of Criminal Procedure, states as follows:

Beginning on or about November 15, 2025, the Department of Homeland Security (DHS) surged resources to the Charlotte, North Carolina metropolitan area for the purpose of an illegal immigration enforcement action known as Operation Charlotte's Web. DHS announced arrests and the operation was covered extensively by the media. As of November 19, 2025, a DHS press release stated that over 250 illegal aliens were arrested in the Charlotte area. United States Customs and Border Protection (CBP) and

Immigration and Customs Enforcement (ICE) are agencies within DHS and agents from both were involved in the Operation.[1]

On November 18, 2025, Individual-1 was notified by a family member that Individual-1's sibling, Fernando Casales, made Facebook posts threatening law enforcement. The family member sent Individual-1 a screenshot of the posts which are depicted below. Individual-1 alerted law enforcement. The posts were removed from Facebook on the evening of November 18, 2025:

[1] Agents of CBP and ICE are Federal law enforcement officers as defined by Title 18 U.S.C. § 115(c).




Meta records for the Facebook account that made the posts, Popolo Moreno Casales, revealed the account username to be fernando.casales.14. North Carolina Division of Motor Vehicles records revealed that Fernando

Casales was born in 1995 and that his registered address was in Cabarrus County. On November 19, 2025, FBI personnel reviewed the Popolo Moreno Casales Facebook account online. It contained multiple pictures of Casales. The above threatening posts were not observed.

Casales's mother, Individual-2, is an illegal alien who resides in Cabarrus County with Casales. Individual-2 was alerted to Casales's posts by a friend but never saw the posts on Facebook. According to Individual-2, Casales was not home on November 18, 2025. When Casales arrived home on November 19, 2025, he admitted to Individual-2 that he put something very bad on his Facebook account because he did not want his mom to be taken away and deported to Mexico. According to Individual-2, Casales admitted that the post was silly and explained that he had already erased it.

On or about November 19, 2025, Casales was taken into custody for a mental health examination on a petition filed pursuant to N.C. Gen. Stat § 122C-261. He was released several days later.

In March 2026, Federal Bureau of Investigation (FBI) agents interviewed Casales at his residence in Cabarrus County. Casales admitted to writing the above Facebook posts in November 2025 and posting them to his public wall. Following concerns expressed by family and friends, Casales took the posts down, i.e. deleted the posts. Casales stated that he knew it was wrong

to post about killing Border Patrol agents and inciting others to kill agents and that is why he took the posts down. Casales said that he wrote the posts because he was angry and was off his antipsychotic medication. He explained that he was diagnosed with Bipolar II Disorder in 2017. Casales admitted that, especially when he is not taking his medication, he has ideologies related to killing others and self-harm. Casales denied owning or having access to a firearm.

Also in March 2026, FBI agents interviewed Individual-3. Individual-3 knows Casales. Individual-3 stated that she saw the above posts at approximately 5:10 p.m. on November 18, 2025 posted to the public wall of Casales's Facebook account, "Popolo Moreno Casales." Individual-3 shared the posts with her mother. When she looked at Casales's Facebook account at approximately 6:30 p.m., the posts were no longer there. Individual-3 further advised that she observed Facebook Stories on Casales's Facebook account on November 18, 2025 that concerned her. One depicted Casales with a firearm and another concerned a vehicle with a government license plate.

Internet service provider records show that the Popolo Moreno Casales Facebook account used an IP address assigned to a residence in Cabarrus County multiple times on November 18, 2025.

This the 29th day of October, 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR181-1 |
| | : | |
| FERNANDO CASALES,<br>also known as "Popolo Moreno Casales" | :<br>: | |

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

DAN BISHOP
United States Attorney


/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351